IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NYZIER FOURQUREAN,

        Plaintiff,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

        Defendant.

PRELIMINARY INJUNCTION

25-cv-68-wmc

---

The court issues this separate, written preliminary injunction in keeping with its Opinion and Order entered today.

IT IS ORDERED that the National Collegiate Athletic Association is hereby PRELIMINARILY ENJOINED from enforcing the Five-Year Rule (Article 12.8) as to plaintiff absent a more meaningful demonstration that exceptions to that rule should not apply to plaintiff's requested, additional season of eligibility given the unique circumstances surrounding his 2021-2022 season at Division II Grand Valley State University.

Entered this 6th day of February, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge